IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| GENERAL PARTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )   8:09CV127 |
| v. | ) |
| | )   ORDER |
| GLENN A. CHRISTENSEN, | ) |
| | ) |
| Defendant. | ) |

Upon notice of settlement given to the magistrate judge on June 11, 2009, by Jill R. Ackerman, counsel for the plaintiff,

**IT IS ORDERED that:**

1. **On or before July 10, 2009**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief Judge Joseph F. Bataillon, at *bataillon@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice in accordance with NECivR 68.1.

3. The defendant's motion to set aside (Filing No. 12) is terminated as moot based on the representation of settlement.

DATED this 11th day of June, 2009.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge