IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL PARTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV127 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| GLENN A. CHRISTENSEN d/b/a | ) | |
| BURT COUNTY AUTO PARTS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's "Answer and Motion to Vacate Amended Complaint for Injunctive Relief and Damages" (Filing No. 23). The court deems the defendant's filing as a motion to dismiss pursuant to Federal Rule of Civil Procedure 12. The plaintiff shall have an opportunity to respond to the defendant's motion and the defendant will have an opportunity to file a reply, as allowed under the Civil Rules of the United States District Court for the District of Nebraska.[1] Accordingly,

**IT IS ORDERED:**

1. The plaintiff shall have to **on or before October 26, 2009**, to file a response to the defendant's "Answer and Motion to Vacate Amended Complaint for Injunctive Relief and Damages" (Filing No. 23).

2. The defendant shall have to **on or before November 5, 2009**, to file a reply.

3. The Clerk of Court shall mail a copy of this order to the defendant at:

> Glenn A. Christensen
> PO Box 82
> Tekamah, NE 68061

DATED this 5th day of October, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

---

[1] A copy of these rules may be found on the court's website at www.ned.uscourts.gov, by accessing the "Local Rules" on the right side of the home page.